# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

| | | | |
|---|---|---|---|
| Case Name: | LaShawndra Patrice McIntosh | Case No.: | 16-48709 |

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- [ ] **Amendment to Petition:**
  - [ ] Name  [ ] Debtor(s) Mailing Address  [ ] Alias
  - [ ] Signature  [ ] Complying with Order Directing the Filing of Official Form(s)
- [ ] **Summary of Your Assets and Liabilities and Certain Statistical Information**
- [ ] **Statement of Financial Affairs**
- [ ] **Schedules and List of Creditors:**
  - [ ] Schedule A/B
  - [ ] Schedule C     [ ] Debtor 2 Schedule C
  - [x] List of Creditors  [ ] Schedule D  [ ] Schedule E/F and
    - [x] Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$30.00 Fee Required**, or
    - [ ] Change address of a creditor already on the List of Creditors - **No Fee Required**
  - [ ] Schedule G
  - [ ] Schedule H
  - [ ] Schedule I
  - [ ] Schedule J
  - [ ] Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):** _____

| | |
|---|---|
| **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. | |
| **Date**<br>June 28, 2016 | **Signature**<br>/s/ Erica L. Cicchelli |
| **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. | |
| **Date**<br>June 28, 2016 | **Signature**<br>/s/ LaShawndra Patrice McIntosh |

1

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section of the form to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

PREVIOUS NAME/ADDRESS OF CREDITOR:   PLEASE CHANGE TO:

_____
_____   _____
_____

2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy
16-48709-wsd    Doc 12    Filed 06/28/16    Entered 06/28/16 13:25:33    Page 2 of 3

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:**    Acs/uheaa
C/o Acs
Utica, NY 13501

Afni, Inc.
Po Box 3097
Bloomington, IL 61702

Allstate Credit Bureau
19315 W 10 Mile Rd
Southfield, MI 48075

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899

Citi
Po Box 6241
Sioux Falls, SD 57117

Dsnb Macys
Po Box 8218
Mason, OH 45040

Ecmc
101 E Fifth St
Saint Paul, MN 55101

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

Merchants & Medcal
6324 Taylor Dr
Flint, MI 48507

Regional Acceptance Co
304 Kellm Road
Virginia Beach, VA 23462

Regional Acceptance Corp.
304 Kellm Road
Virginia Beach, VA 23462

Us Dept Of Ed/glelsi
Po Box 7860
Madison, WI 53707

**ADDRESS:**